UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LUIS MERCEDES,

                          Plaintiff,

      -against-

ROSE & REMINGTON NORTH, INC.,

                         Defendant.

------------------------------------------------------------X

23-CV-08556 (JHR)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2023

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed a Complaint on September 28, 2023. The Court granted the Defendant's request to extend the time to file its answer to December 1, 2023. See ECF No. 10. To date, the Defendant has failed to respond. Defendant is ordered to respond to the Complaint by December 8, 2023. If the Defendant fails to respond to the Complaint by that date, Plaintiff is directed to file a letter advising the Court whether the Plaintiff intends to file a motion for default judgment.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 6, 2023
                New York, New York